# Court of Appeals
# of the State of Georgia

ATLANTA, July 31, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0459. JAMES E. THOMPSON v. THE STATE.**

In his most recent application, James Thompson seeks appellate review of the trial court's June 10, 2013 order denying his motion to compel and extraordinary motion for new trial.

The application is timely as to the June 10 order, but it does not address that order at all. Instead, Thompson complains that the clerk of the superior court is not providing him with timely notice of the court's rulings. Accordingly, he has not met his burden of establishing that discretionary review is warranted. This application is hereby DENIED. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/31/2013
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*